IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOTEL OAKLAND ASSOCIATES,<br>*Plaintiff,*<br>v.<br><br>DOYLE REAL ESTATE ADVISORS,<br>LLC, et al.,<br>*Defendants.* | CIVIL ACTION<br>NO. 21-0004 |

## ORDER

AND NOW, this 13th day of July 2021, it is **ORDERED** that the Clerk of Court shall **TRANSFER** this case forthwith to the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1404(a) for the reasons in the accompanying memorandum of law.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.